THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant, Midland Credit
Management, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 1:19-CV-01490-DAD-JLT<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge:   Hon. Dale A. Drozd<br>Ctrm:    5 |

Defendant Midland Credit Management, Inc. ("**Defendant**"), on behalf of itself and no others, hereby submits the following Answer to the Complaint filed in this action by Plaintiff Brian K. Davis, individually and on behalf of all others similarly situated ("**Plaintiff**"):

## PARTIES, JURISDICTION AND VENUE

1.      Defendant admits Plaintiff is a natural person but lacks sufficient information and belief as to whether Plaintiff currently resides in Bakersfield, California, and on that basis denies said allegation.

2.      Paragraph 2 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant admits the Court has subject-matter jurisdiction over

P:01327984.3:87025.267

ANSWER TO PLAINTIFF'S COMPLAINT

Plaintiff's claims and denies the remaining allegations.

3. Defendant admits that it is incorporated under the laws of the State of Kansas, but its principal place of business is 350 Camino de la Reina, Suite 100, San Diego, CA 92108.

4. Defendant denies the allegations of paragraph 4.

5. Paragraph 5 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant admits that it has, in the past, engaged in activities that meet the statutory definition of what constitutes a "debt collector."

6. Paragraph 6 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

7. Paragraph 7 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

## GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

8. Defendant admits Plaintiff owes the financial obligation at issue. Defendant lacks sufficient information and belief to admit or deny the remaining allegations of paragraph 8 and on that basis denies them.

9. Defendant admits Plaintiff owes the financial obligation at issue. Defendant lacks sufficient information and belief to admit or deny the remaining allegations of paragraph 9 and on that basis denies them.

10. Defendant admits Plaintiff owes the financial obligation at issue. Defendant lacks sufficient information and belief to admit or deny the remaining allegations of paragraph 10 and on that basis denies them.

11. Defendant denies the allegations of paragraph 11.

12. Defendant admits it caused a letter dated July 31, 2019 to be sent to Plaintiff's address.

13. Paragraph 13 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 13, and on that basis denies such allegations.

**A.    The Attention Required Envelope**

14. The contents of the envelope speak for themselves.

15. The contents of the envelope speak for themselves.

16. Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 16 and on that basis denies said allegations.

17. Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 17 and on that basis denies said allegations.

18. Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 18 and on that basis denies said allegations.

19. Paragraph 19 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

20. Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 20 and on that basis denies said allegations.

21. Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 21 and on that basis denies said allegations.

22. Paragraph 22 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

23. Paragraph 23 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

24. Paragraph 24 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation,

ANSWER TO PLAINTIFF'S COMPLAINT

Defendant denies said allegation.

25. Paragraph 25 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**B.      The Pre-Approved Offer Letter**

26. The contents of the letter speak for themselves.

27. Paragraph 27 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

28. Paragraph 28 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

29. The contents of the letter speak for themselves.

30. The contents of the letter speak for themselves.

31. Paragraph 31 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

32. The contents of the letter speak for themselves.

33. The contents of the letter speak for themselves.

34. The contents of the letter speak for themselves.

35. The contents of the letter speak for themselves.

36. The contents of the letter speak for themselves.

37. The contents of the letter speak for themselves.

38. The contents of the letter speak for themselves.

39. The contents of the letter speak for themselves.

40.     The contents of the letter speak for themselves.

41.     The contents of the letter speak for themselves.

42.     Paragraph 42 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

43.     Paragraph 43 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

44.     Paragraph 44 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

45.     Paragraph 45 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

46.     Paragraph 46 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

47.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 47 and on that basis denies said allegations.

48.     Paragraph 48 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

49.     Paragraph 49 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

50.     Paragraph 50 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

51.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 51 and on that basis denies said allegations.

52.     Paragraph 52 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

53.     Paragraph 53 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant lacks sufficient information and belief and on that basis denies said allegation.

54.     Paragraph 54 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant lacks sufficient information and belief and on that basis denies said allegation.

55.     Defendant admits it caused a letter dated July 31, 2019 to be sent to Plaintiff's address. The remaining allegations of Paragraph 55 contain conclusions of law and legal arguments to which no response is required. To the extent that the remaining allegations contain factual allegations, Defendant lacks sufficient information or belief to either admit or deny the allegations and, on that basis, denies them.

56.     The contents of the letter speak for themselves.

57.     The contents of the letter speak for themselves.

58.     The contents of the letter speak for themselves.

59.     The contents of the letter speak for themselves.

60.     Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 60 and on that basis denies said allegations.

61.     Paragraph 61 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

62.    Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 62 and on that basis denies said allegations.

63.    The contents of the envelope speak for themselves.

64.    Paragraph 64 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

65.    Paragraph 65 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

66.    Paragraph 66 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

67.    Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 67 and on that basis denies said allegations.

68.    Paragraph 68 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

69.    Paragraph 69 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

70.    Paragraph 70 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

71.    Paragraph 71 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

72.    Paragraph 72 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains

factual allegations, Defendant denies them.

73.    Paragraph 73 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

74.    Paragraph 74 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

75.    Paragraph 75 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

76.    Paragraph 76 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

77.    Paragraph 77 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

78.    Paragraph 78 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

**CAUSES OF ACTION**

**Count I – The Attention Required Envelope Violates Section 1692f(8) of the FDCPA**

79.    Defendant incorporates by reference its responses contained in paragraphs 1 through 79.

80.    Paragraph 80 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

81.     Paragraph 81 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

82.     Paragraph 82 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

83.     Paragraph 83 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

84.     Paragraph 84 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

85.     Paragraph 85 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant lacks sufficient information and belief and on that basis denies said allegation.

86.     Paragraph 86 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count II – The Attention Required Envelope Violates § 1692f of the FDCPA**

87.     Defendant incorporates by reference its responses contained in paragraphs 1 through 86.

88.     Paragraph 88 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

89.     Paragraph 89 of the complaint contains conclusions of law and legal

arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

90.     Paragraph 90 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

91.     Paragraph 91 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

92.     Paragraph 92 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant lacks sufficient information and belief and on that basis denies said allegation.

93.     Paragraph 93 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

94.     Paragraph 94 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

95.     Paragraph 95 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

96.     Paragraph 96 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count III – The Attention Required Envelope Violates § 1692e(2)(A) of the FDCPA**

97.     Defendant incorporates by reference its responses contained in

paragraphs 1 through 96.

98.    Paragraph 98 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant lacks sufficient information and belief and on that basis denies said allegation.

99.    Paragraph 99 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

100.   Paragraph 100 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

101.   Paragraph 101 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

102.   Paragraph 102 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

103.   Paragraph 103 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

104.   Paragraph 104 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

105.   Paragraph 105 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

106.   Paragraph 106 of the complaint contains a legal conclusion to which no

response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count IV – The Attention Required Envelope Violates § 1692e(10) of the FDCPA**

107. Defendant incorporates by reference its responses contained in paragraphs 1 through 106.

108. Paragraph 108 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

109. Paragraph 109 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

110. Paragraph 110 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

111. Paragraph 111 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

112. Paragraph 112 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

113. Paragraph 113 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

114. Paragraph 114 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

115.   Paragraph 115 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count V The Attention Required Envelope Violates Section 1692f of the FDCPA**

116.   Defendant incorporates by reference its responses contained in paragraphs 1 through 115.

117.   Paragraph 117 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

118.   Paragraph 118 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

119.   Paragraph 119 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

120.   Paragraph 120 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

121.   Paragraph 121 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

122.   Paragraph 122 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

123.   Paragraph 123 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation,

Defendant denies said allegation.

**Count VI The Attention Required Envelope and the Pre-Approved Offer Letter Violate Section 1692e(2)(A) of the FDCPA**

124. Defendant incorporates by reference its responses contained in paragraphs 1 through 123.

125. Paragraph 125 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

126. Paragraph 126 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

127. Paragraph 127 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

128. Paragraph 128 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

129. Paragraph 129 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

130. Paragraph 130 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

131. Paragraph 131 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

132. Paragraph 132 of the complaint contains a legal conclusion to which no

P:01327984.3:87025.267
-14-
ANSWER TO PLAINTIFF'S COMPLAINT

response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count VII The Attention Required Envelope and the Pre-Approved Offer Letter Violate Section 1692e(10) of the FDCPA**

133. Defendant incorporates by reference its responses contained in paragraphs 1 through 132.

134. Paragraph 134 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

135. Paragraph 135 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

136. Paragraph 136 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

137. Paragraph 137 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

138. Paragraph 138 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant lacks sufficient information and belief and on that basis denies them.

139. Paragraph 139 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

140. The contents of the letter speak for themselves.

141. Paragraph 141 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains

factual allegations, Defendant denies them.

142.   Paragraph 142 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

143.   Paragraph 143 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

144.   Paragraph 144 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

145.   Paragraph 145 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

146.   Paragraph 146 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count VIII The Attention Required Envelope and the Pre-Approved Offer Letter Violate Section 1692f of the FDCPA**

147.   Defendant incorporates by reference its responses contained in paragraphs 1 through 146.

148.   Paragraph 148 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

149.   Paragraph 149 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

150.   Paragraph 150 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains

factual allegations, Defendant denies them.

151.   Paragraph 151 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

152.   Paragraph 152 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

153.   Paragraph 153 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

154.   Paragraph 154 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

155.   Paragraph 155 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

156.   Paragraph 156 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

157.   Paragraph 157 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

**Count IX Violations of the FDCPA Based Upon the Misreported Mailing Date of Collection Letter Enclosed Within the Attention Required Envelope**

158.   Defendant incorporates by reference its responses contained in paragraphs 1 through 157.

159.   Paragraph 159 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains

factual allegations, Defendant denies them.

160.   Paragraph 160 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

161.   Paragraph 161 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

162.   Paragraph 162 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

163.   Paragraph 163 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

164.   Paragraph 164 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

165.   Paragraph 165 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

166.   Paragraph 166 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

167.   Paragraph 167 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

168.   Paragraph 168 of the complaint contains conclusions of law and legal arguments to which no response is required. To the extent the paragraph contains factual allegations, Defendant denies them.

ANSWER TO PLAINTIFF'S COMPLAINT

169.   Paragraph 169 of the complaint contains a legal conclusion to which no response is required. To the extent the paragraph contains a factual allegation, Defendant denies said allegation.

## AFFIRMATIVE DEFENSES

As and for separate affirmative defenses to the Complaint, and without assuming or shifting any burden of proof required for Plaintiff to establish his claims, Defendant alleges on information and belief as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Arbitration Required by Contract)

1.   Defendant alleges on information and belief that upon the election of Defendant or of Plaintiff, the parties are required to arbitrate all or part of Plaintiff's alleged claims under the terms of the contract between Plaintiff and the original creditor. Therefore, upon any party's election this Court lacks jurisdiction to hear such claims against this Defendant. The terms of the written arbitration agreement states in relevant part:

> PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.

> What claims are subject to arbitration.

> 1.   If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you or any other user of your account, and us, our affiliates, agents and/or TJX Companies, Inc. if it relates to your account, except as noted below.

## SECOND AFFIRMATIVE DEFENSE

### (Class Action Waiver)

2.   The proposed class fails because, on information and belief, some or all of the purported class members are subject to valid written arbitration agreements that

P:01327984.3:87025.267                                      -19-

do not include class arbitration agreements, or that prohibit class arbitration, and there is therefore no right to bring a claim on a class wide basis through litigation, arbitration, or otherwise. The terms of the written arbitration agreement states in relevant part:

No Class Actions

YOU AGREE NOT TO PARTICIPATE IN A CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL ACTION AGAINST US IN COURT OR ARBITRATION. ALSO, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

3.　　The allegations of the Complaint fail to state a claim against Defendant upon which relief can be granted because, without limitation, the disclosures provided are factually true, clear, and compliant with all applicable laws.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations/Laches)

4.　　The purported claims set forth in the Complaint are barred in whole or in part by the applicable statutes of limitation and/or the equitable doctrine of laches, including but not limited to 15 U.S.C. § 1692k(d), to the extent the putative class might include any members whose claims arose more than one year prior to the filing of the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

5.　　To the extent that any violation of law occurred, which Defendant expressly denies, said violation was not intentional and resulted from a bona fide error notwithstanding the maintenance by Defendant of procedures reasonably adapted to avoid any such error. Defendant maintains policies and procedures designed to ensure

that all disclosures required by law are included in its written communications. As it relates to this case, Defendant's policies and procedures include analysis of the disclosure language to ensure it is consistent with Defendant's debt servicing policies.

## SIXTH AFFIRMATIVE DEFENSE

### (Apportionment)

6. Without admitting that any damages exist, if damages were suffered by Plaintiff as alleged in the Complaint, those damages were proximately caused by and contributed to by persons other than Defendant. The liability, if any exists, of all Defendant and/or responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of this Defendant should be reduced accordingly.

## SEVENTH AFFIRMATIVE DEFENSE

### (Set-Off)

7. Defendant is informed and believe that some or all members of the putative class owe or may owe financial obligations that offset, in whole or part, their claims in this action.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute(s) Unconstitutional as Applied)

8. The statute or statutes are unconstitutional both on their face and as applied because they unconstitutionally restrict a creditor's or debt collector's speech, and because they place a greater restriction on a debt collector's speech than on a debtor's speech, in violation of the First and Fourteenth Amendments of the United States Constitution.

WHEREFORE, Defendant MIDLAND CREDIT MANAGEMENT, INC. requests judgment as follows:

1. That Plaintiff takes nothing by the Complaint, which should be dismissed with prejudice;

2. That Defendant recovers from Plaintiff its costs according to proof;

P:01327984.3:87025.267

-21-

3. That Defendant recovers its attorneys' fees according to proof; and

4. That the Court orders such other further reasonable relief as the Court may deem just and proper.

DATED: November 25, 2019          SOLOMON WARD SEIDENWURM & SMITH, LLP


By:       /s/ Thomas F. Landers
    THOMAS F. LANDERS
    Attorneys for Defendant, Midland Credit
    Management, Inc.