# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. DAVIS, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>        Defendant. | Case No.: 1:19-cv-01490-DAD-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 10) |

The parties report they had come to terms of settlement. (Doc. 10.) They indicate they will seek dismissal of the action within 45 days. Id. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than January 27, 2020**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  **December 16, 2019**          **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE