# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. DAVIS, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>   v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>        Defendant. | Case No.: 1:19-cv-01490-DAD-JLT<br><br>ORDER CLOSING THE ACTION WITHOUT PREJUDICE TO THE PUTATIVE CLASS |

The plaintiff and the defendant have stipulated to dismiss the action with prejudice and with each side to bear their own fees and costs. (Doc. 12) The stipulation makes no reference to the putative class. Id. The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Accordingly, the Clerk of Court is DIRECTED to close this action but does so **without prejudice** as to the putative class.

IT IS SO ORDERED.

Dated: **January 16, 2020**                     **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE